IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TWA INC. POST CONFIRMATION ESTATE | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 04-336 GMS |
| BERINGER BLASS WINE ESTATES CO. | ) ) | |
| Defendant | ) | |

**ORDER**

WHEREAS, on May 26, 2004, a motion to withdraw the reference from the U.S. Bankruptcy Court was filed with the court (D.I. 1);

WHEREAS, on January 7, 2005, an Order granting the motion to withdraw the reference was issued by the court (D.I. 7);

WHEREAS, on January 14, 2005, an Affidavit of Service was filed (D.I. 8);

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

2. If the plaintiff fails to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

April 16, 2007 /s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE