IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TWA INC. POST CONFIRMATION ESTATE, | ) Civil Action No. 04-336 - GMS |
| | ) |
| Debtors. | ) |
| | ) |
| TWA INC. POST CONFIRMATION ESTATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adversary Case No. 02-75105 (PBL) |
| | ) Bankruptcy Case No. 01-00056 (PJW) |
| BERINGER BLASS WINE ESTATES COMPANY, | ) |
| | ) |
| Defendant. | ) |

**RESPONSE OF PLAINTIFF TWA, INC. POST
CONFIRMATION ESTATE TO THE COURT'S APRIL 16, 2007
<u>ORDER ON RULE TO SHOW CAUSE AND REQUEST FOR DISMISSAL</u>**

On April 16, 2007, the United States District Court for the District of Delaware entered an order (the "Order") to show cause why the above-referenced proceeding should not be dismissed with prejudice for failure to prosecute. TWA, Inc. Post Confirmation Estate, Plaintiff, responds to the Order and requests that the case be dismissed.

Dated: May 16, 2007

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

_/s/ James E. O'Neill_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Co-Counsel for the Estate Plaintiff

DOCS_DE:127481.2                                                1