IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TWA INC. POST CONFIRMATION ESTATE,<br><br>　　　　　Debtors.<br><br>―――――――――――――――――<br><br>TWA INC. POST CONFIRMATION ESTATE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BERINGER BLASS WINE ESTATES COMPANY,<br><br>　　　　　Defendant. | Case No. 01-00056 (PJW)<br>Chapter 11<br><br><br><br><br><br><br><br><br>Civil Action No. 04-336 (GMS)<br>Adv. No. 02-75105 (PBL) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address of the Wilmington, Delaware Margolis Edelstein office changed as of April 2, 2007. Please note that the new address for the office is Margolis Edelstein, 750 South Madison Street, Suite 102, Wilmington, Delaware 19801.

Respectfully submitted,
MARGOLIS EDELSTEIN

By: _____
James E. Huggett, Esquire (#3956)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680 (telephone)
(302) 777-4682 (facsimile)

Counsel for Beringer Blass Wine Estates Company

Dated: May 17, 2007
　　　　Wilmington, Delaware