IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TWA INC. POST CONFIRMATION ESTATE | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 04-336 GMS |
| BERINGER BLASS WINE ESTATES CO. | ) ) | |
| Defendant | ) | |

**ORDER**

WHEREAS, on May 26, 2004, a motion to withdraw the reference from the U.S. Bankruptcy Court was filed with the court (D.I. 1);

WHEREAS, on January 7, 2005, an Order granting the motion to withdraw the reference was issued by the court (D.I. 7);

WHEREAS, on January 14, 2005, an Affidavit of Service was filed (D.I. 8);

WHEREAS, on April 16, 2007, an Order was issued by the court directing the plaintiff to show cause why this case should not be dismissed pursuant to Local Rule 41.1 for failure to prosecute (D.I. 9);

WHEREAS, on May 16, 2007, a response was filed by the plaintiff requesting that this case be dismissed with prejudice (D.I. 10);

IT IS HEREBY ORDERED that:

This case is DISMISSED with prejudice.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

May 17, 2007